UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                CASE NO: 2:12-cr-83-FtM-29DNF

JEROME RAYMOND RILLERA
_____

**OPINION AND ORDER**

This matter comes before the Court on defendant's *pro se* letter, deemed a motion to change his placement within the U.S. Bureau of Prisons (Doc. #62), filed on May 27, 2014. Defendant asserts that the Bureau of Prisons is not following the Court's sentencing recommendation regarding placement, and seeks a better accommodation of his visual impairment. The United States' Response in Opposition (Doc. #63) was filed on June 10, 2014.

The location where a person is to serve his sentence is a matter within the purview of the Bureau of Prisons. A federal court has no authority to designate the location where a prisoner will be incarcerated; that function belongs to the Bureau of Prisons. 18 U.S.C. § 3621(b); United States v. Harris, 543 F. App'x 587, 590 (7th Cir. 2013)("The federal courts do not have the power to direct prison administrators to assign a defendant to a particular facility."). See also Abdul-Malik v. Hawk-Sawyer, 403 F.3d 72 (2d Cir. 2005); United States v. Voda, 994 F.2d 149, 151-52 (5th Cir. 1993). Similarly, a sentencing court

does not have jurisdiction to resolve defendant's conditions of confinement issues or any potential civil claim in this criminal case.

Accordingly, it is hereby

**ORDERED:**

Defendant's *pro se* letter, deemed a motion to change placement within the U.S. Bureau of Prisons (Doc. #62), is **DENIED** as to placement and **DISMISSED** without prejudice as to issues related to conditions of confinement.

**DONE and ORDERED** at Fort Myers, Florida, this ___11th___ day of June, 2014.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
Jerome Raymond Rillera

2